IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
ERIC MILLER,                      *
                                  *
     Plaintiff,                   *
                                  *
          v.                      *      CV 620-005
                                  *
CAPT. JAVAHEE JOHNSON, SGT.       *
JESSICA HOWARD, SGT. MARCUS       *
MIKELL, DR. E. COOPER,            *
                                  *
     Defendants.                  *
```

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 JUL 31 PM 3:03
CLERK J. Hodge
SO. DIST. OF GA.

**O R D E R**

Before the Court is Plaintiff Eric Miller's Notice of Voluntary Dismissal. (Doc. 11.) Because Defendants have neither answered the complaint nor moved for summary judgment, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.** The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case.  Each party shall bear their own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this 31ST day of July, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA